*Appendix 1*





*Appendix 2*



*Appendix 3*



South Vermont Avenue just south of Pacific Coast Highway, San Pedro,
California, approximately six miles from Redondo Beach. Image downloaded
July 15, 2011, 11:59 PM, from
http://g.co/maps/bqjzg